# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 10-CR-112-LRR |
| vs. | **ORDER** |
| PHUNG CA LONG, | |
| Defendant. | |

_____

The matter before the court is United States Magistrate Judge Jon S. Scoles's Report and Recommendation (docket no. 63), which recommends that the court deny Defendant Phung Ca Long's objection to the government's garnishment.

On January 15, 2014, Defendant filed a Pro Se Motion for Hearing (docket no. 60). On February 6, 2014, Judge Scoles held a hearing. *See* February 6, 2014 Minute Entry (docket no. 62). Defendant appeared in court without an attorney. Martin J. McLaughlin represented the government. At the hearing, Defendant sought relief from the Final Order in Garnishment (docket no. 56). On February 24, 2014, Judge Scoles issued the Report and Recommendation, which recommends that the court deny Defendant's objection to the government's garnishment. The Report and Recommendation states that "within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to the district court." Report and Recommendation at 7.

The time to object to the Report and Recommendation has expired and neither party has filed any objections. The parties have thus waived their right to a de novo review of the Report and Recommendation. *See, e.g.*, *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) ("'Appellant's failure to file any objections waived his right to de novo review by the district court of any portion of the report and recommendation of the

magistrate judge as well as his right to appeal from the findings of fact contained therein.'" (quoting *Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994))). The court finds no plain error in Judge Scoles's decision. Accordingly, the court **ADOPTS** the Report and Recommendation (docket no. 63). Defendant's objection to the government's garnishment is **DENIED**.

    **IT IS SO ORDERED.**

    **DATED** this 28th day of April, 2014.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA